UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENESIS GROUP, AG,

Plaintiff,

-v-

AMTEL CORPORATION/POND
MOBILE INCORPORATED,

Defendant.

23-CV-0076 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On January 5, 2023, Petitioner filed a petition to confirm an arbitration award.  (Dkt. No. 1.)  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment."  *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by January 24, 2023.  Respondent's opposition, if any, is due on February 7, 2023. Petitioner's reply, if any, is due February 14, 2023.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent no later than January 24, 2023.

SO ORDERED.

Dated: January 10, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge