UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENESIS GROUP, AG,

                Plaintiff,

    -against-                              23 **CIVIL** 0076 (JPO)

                                      **<u>JUDGMENT</u>**

AMTEL CORPORATION/POND MOBILE INC.,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 9, 2023, the Petition to confirm the Arbitration Award is GRANTED.  Judgment is entered in favor of Petitioner in the net amount $687,454.50 plus pre-judgment interest of $71.50 per day for each day after the date of the Final Award (September 14, 2022), in the amount of $10,725.00; accordingly, the case is closed.

**Dated:**  New York, New York

        February 10, 2023


                                                  **RUBY J. KRAJICK**

                                                  _____
                                                     **Clerk of Court**

                       **BY:**        *K. Mango*

                                                  _____
                                                     **Deputy Clerk**